UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FELIXBERTO BERNAL,

             :   No. 15 Civ. 0889 (PAC)
      Plaintiff,

             :

  -vs-           **REQUEST FOR ENTRY OF DEFAULT**

             :

PRIYA RANA a.k.a. PNYA RANA and
PERCEPT CONSULTING, INC. d/b/a  :
iPERCEPT CONSULTING,

             :

      Defendants.
-------------------------------------------------------X

TO: RUBY J. KRAJICK, CLERK OF COURT
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK

    Plaintiff Felixberto Bernal, by his undersigned attorney, respectfully requests entry of default against defendants Priya Rana and Percept Consulting, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for their failure to appear or otherwise respond to the Complaint within the time specified by the Federal Rules.

    On February 17, 2015, the summons and complaint were served personally on defendant Priya Rana.

    On February 19, 2015, an Affidavit of Service certifying that the foregoing service was completed was filed with the Court.

    Defendant Priya Rana's time to respond to the Complaint expired on March 10, 2015.

    As of today, defendant Priya Rana has not responded to the Complaint or sought an extension of time to respond.

    On February 13, 2015, the summons and complaint were served on defendant Percept Consulting, Inc., pursuant to New York BCL § 306, by serving the New York State Secretary of State.

On February 24, 2015, an Affidavit of Service certifying that the foregoing service was completed was filed with the Court.

Defendant Percept Consulting Inc.'s time to respond to the Complaint expired on March 6, 2015.

As of today, defendant Percept Consulting, Inc. has not responded to the Complaint or sought an extension of time to respond.

A proposed Certificate of Default is submitted for the Court's convenience.

Dated: New York, New York  
       March 16, 2014

JOHN HOWLEY, ESQ.

By: _____  
John J.P. Howley [JH9764]  
*Attorney for Plaintiff*  
350 Fifth Avenue, 59th Floor  
New York, New York 10118  
(212) 601-2728

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FELIXBERTO BERNAL,
                                           :     No. 15 Civ. 0889 (PAC)
                    Plaintiff,
                                           :
        -vs-                                     CLERK'S CERTIFICATE
                                           :
PRIYA RANA a.k.a. PNYA RANA and
PERCEPT CONSULTING, INC. d/b/a             :
iPERCEPT CONSULTING,
                                           :
                    Defendants.
-------------------------------------------------------X
```

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby verify that this action commenced on February 6, 2015, with the filing of a summons and complaint, copies of the summons and complaint were served personally on defendant Priya Rana, proof of such service was filed on February 19, 2015, copies of the summons and complaint were served on defendant Percept Consulting, Inc. by serving the New York State Secretary of State on February 13, 2015, and proof of such service was filed on February 24, 2015.

I further certify that the docket entries indicate that defendants Priya Rana and Percept Consulting, Inc. have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants Priya Rana and Percept Consulting, Inc. is hereby noted.

Dated: New York, New York            RUBY J. KRAJICK
      March ___, 2015                Clerk of Court


                                     By:_____
                                              Deputy Clerk